UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID GAMBOA, MARK MORGAN | § § | |
| vs. | § § § | NO: SA:21-CV-00387-OLG |
| XTO ENERGY, INC. | § | |

**RULE 41 JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate the claims of David Gamboa and Mark Morgan may be dismissed in their entirety without prejudice, with the parties to bear their own costs and attorneys' fees. For purposes of arbitration only, Mr. Gamboa's claims shall be tolled from April 15, 2021 (the date he filed his Complaint in this action) through the date of any subsequent re-filing of his claims through arbitration and Mr. Morgan's claims shall be tolled from April 16, 2021 (the date he filed his Notice of Consent to join in this action) through the date of any subsequent re-filing of his claims through arbitration. The dismissals shall be effective upon filing of this joint stipulation.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew W. Dunlap* | */s/ Felicity A. Fowler* |
| Michael A. Josephson | Felicity A. Fowler |
| State Bar No. 24014780 | *Admitted Pro Hac Vice* |
| Andrew W. Dunlap | ffowler@mcginnislaw.com |
| State Bar No. 24078444 | **MCGINNIS LOCHRIDGE** |
| **JOSEPHSON DUNLAP LAW FIRM** | 2200 Ross Avenue, Suite 4900E |
| 11 Greenway Plaza, Suite 3050 | Dallas, Texas 75201 |
| Houston, Texas 77046 | Telephone: (214) 307-6961 |
| Tel: (713) 352-1100 | Telecopier: (214) 307-6990 |
| Fax: (713) 352-3300 | |
| mjosephson@mybackwages.com | */s/ David B. Jordan* |
| adunlap@mybackwages.com | David B. Jordan |
| | *Admitted Pro Hac Vice* |
| Richard J. (Rex) Burch | djordan@littler.com |
| State Bar No. 24001807 | Paige A. Cantrell |
| **BRUCKNER BURCH, PLLC** | *Admitted Pro Hac Vice* |
| 11 Greenway Plaza, Suite 3025 | pcantrell@littler.com |
| Houston, Texas 77046 | **LITTLER MENDELSON, P.C.** |
| Tel: (713) 877-8788 | 1301 McKinney Street, Suite 1900 |
| Fax: (713) 877-8065 | Houston, Texas 77010 |
| rburch@brucknerburch.com | Telephone: (713) 652-4785 |
| | Telecopier: (713) 583-2649 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all parties and/or their counsel of record via the Court's CM/ECF electronic filing system on December 6, 2021.

*/s/ William R. Liles*
**William R. Liles**
